**Electronically Filed
Supreme Court
SCPW-12-0000566
06-AUG-2012
08:14 AM**

NO. SCPW-12-0000566

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

MICHAEL TIERNEY, Petitioner,

vs.

HAWAIʻI PAROLING AUTHORITY, Respondent.

ORIGINAL PROCEEDING

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Recktenwald, C.J., Nakayama, Acoba, and McKenna, JJ.
and Circuit Judge Del Rosario, assigned by reason of vacancy)

Upon consideration of petitioner Michael Tierney's Motion for Reconsideration filed on July 16, 2012, the papers in support, and the records and files herein,

IT IS HEREBY ORDERED that the motion for reconsideration is denied.

DATED: Honolulu, Hawaiʻi, August 6, 2012.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Dexter D. Del Rosario

